UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL LINDBERG )<br>    Plaintiff )<br>)<br>V. )<br>)<br>WOODS HOLE, MARTHA'S VINEYARD, )<br>AND NANTUCKET STEAMSHIP )<br>AUTHORITY )<br>    Defendant )<br>) | Civil Action<br><br>No. _____ |

PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

Now comes the Plaintiff in the above-entitled matter and for his complaint states:

General Factual Allegations

1.  The Plaintiff, Daniel Lindberg, is a resident of East Falmouth, County of Barnstable, Commonwealth of Massachusetts.

2.  The Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, is a body politic, duly organized and existing under the laws of the Commonwealth of Massachusetts with a principal place of business in Falmouth, County of Barnstable, Commonwealth of Massachusetts.

3.  On or about February 26, 2016, the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, was doing business within the Commonwealth of Massachusetts.

4.  On or about February 26, 2016, the Plaintiff, Daniel Lindberg, was employed by the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority

5. On or about February 26, 2016, the Plaintiff, Daniel Lindberg, was employed by the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, as a seaman, and a member of the crew of the M/V EAGLE.

6. On or about February 26, 2016, the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, owned the M/V EAGLE.

7. The Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, chartered the M/V EAGLE from some other person or entity such that on or about February 26, 2016 the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority was the owner pro hac vice of the M/V EAGLE.

8. On or about February 26, 2016, the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, operated the M/V EAGLE.

9. On or about February 26, 2016, the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, or the Defendant's agents, servants, and/or employees, controlled the M/V EAGLE.

10. On or about February 26, 2016, the M/V EAGLE was in navigable waters.

11. On or about February 26, 2016, while in the in the performance of his duties in the service of the M/V EAGLE, the Plaintiff, Daniel Lindberg, sustained personal injuries.

12. Prior to and at the time he sustained the above-mentioned personal injuries, the Plaintiff, Daniel Lindberg, was exercising due care.

## Jurisdiction

13. This Court has subject matter jurisdiction over this matter pursuant to The Merchant Marine Act of 1920, commonly called the Jones Act, 46 U.S.C., §30104 , et. seq. (formerly §688

et. seq.).

14. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1331, 28 U.S.C. §1332, and 28 U.S.C. §1333.

## COUNT I

<u>Daniel Lindberg v. Woods Hole, Martha's Vineyard and Nantucket Steamship Authority</u>

(JONES ACT NEGLIGENCE)

15. The Plaintiff, Daniel Lindberg, reiterates the allegations set forth in paragraphs 1 through 14 above.

16. The personal injuries sustained by the Plaintiff, Daniel Lindberg, were not caused by any fault on his part but were caused by the negligence of the Defendant, its agents, servants and/or employees.

17. As a result of said injuries, the Plaintiff, Daniel Lindberg, has suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

18. This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act.

WHEREFORE, the Plaintiff, Daniel Lindberg, demands judgment against the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, in an amount to be determined by a jury, together with interest and costs.

## COUNT II

<u>Daniel Lindberg v. Woods Hole, Martha's Vineyard and Nantucket Steamship Authority</u>

(GENERAL MARITIME LAW - UNSEAWORTHINESS)

19. The Plaintiff, Daniel Lindberg, reiterates the allegations set forth in paragraphs 1 through 14 above.

20. The personal injuries sustained by the Plaintiff, Daniel Lindberg, were due to no fault of his, but were caused by the Unseaworthiness of the M/V EAGLE.

21. As a result of said injuries, the Plaintiff, Daniel Lindberg has, suffered pain of body and anguish of mind, lost time from his usual work and pursuits, incurred medical expenses, and has sustained and will sustain other damages as will be shown at trial.

22. This cause of action is brought under the General Maritime Law for Unseaworthiness and is for the same cause of action as Count I.

WHEREFORE, the Plaintiff, Daniel Lindberg, demands judgment against the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, in the amount in an amount to be determined by a jury, together with interest and costs.

## COUNT III

Daniel Lindberg v. Woods Hole, Martha's Vineyard and Nantucket Steamship Authority

(GENERAL MARITIME LAW - MAINTENANCE and CURE)

23. The Plaintiff, Daniel Lindberg, reiterates all of the allegations set forth in Paragraphs 1 through 14 above.

24. As a result of the personal injuries described in paragraph 11 above, the Plaintiff, Daniel Lindberg, has incurred and will continue to incur expenses for his maintenance and cure.

WHEREFORE, the Plaintiff, Daniel Lindberg, demands judgment against the Defendant, Woods Hole, Martha's Vineyard and Nantucket Steamship Authority, in the amount of Ten

Thousand dollars for maintenance and cure, together with costs and interest.

PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES

RAISED IN COUNTS, I, II, AND III.

        Respectfully submitted for the
        the Plaintiff, Daniel Lindberg,
        by his attorney,


        /s/ David F. Anderson
        David F. Anderson
        BBO # 560994
        Latti & Anderson LLP
        30-31 Union Wharf
        Boston, MA 02109
        (617) 523-1000
        DAnderson@LattiAnderson.com

Dated:  February 22, 2019